FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 12-14-00225-CR

PD-0724-15

7/17/2015

RAHMAN, FATIMA          Tr. Ct. No. 114-1451-10

The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *

FILED IN COURT OF APPEALS
12th Court of Appeals District
JUL 20 2015
TYLER TEXAS
CATHY S. LUSK, CLERK